DOCK.. TED

DEC 3 1 2003

RECEIVED

DEC 3 0 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

KEVIN SNULLIGAN

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**03C 9417**

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

SELECTOR ATTORNEY GENERAL

YET TO BE IDENTIFIED AND A.U.S.A'S

MATTHEW MC CROWL, BRIAN ELLIS,

LORI LIGHTFOOT, ALCOHOL TOBACCO

FIREARM SUPERVISOR FOR NORTHERN DISTRICT ILLINOIS CHICAGO OFFICE AND

SPECIAL AGENT THOMAS MURPHY OF A.T.F.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**JUDGE SHADUR**

**MAGISTRATE JUDGE MASON**

## CHECK ONE ONLY:

_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___X___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331(a) U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Revised 4/01

1

**I.    Plaintiff(s):**

A.    Name: _____ KEVIN SNULLIGAN _____

B.    List all aliases: _____ KEVIN WILLIAMS _____

C.    Prisoner identification number: ____ 10587-424 _____

D.    Place of present confinement: __U.S.PENITENTIARY LEAVENWORTH__

E.    Address: P.O.BOX 1000, LEAVENWORTH,KANSAS, 66048 _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases,
I.D. number, and current address according to the above format on a separate sheet of
paper.)

**II.   Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official
position in the second blank, and his or her place of employment in the third blank. Space
for two additional defendants is provided in **B** and **C**.)

A.    Defendant: __YET TO BE IDENTIFIED_____

Title: __SELECTIVE ATTORNEY GENERAL_____

Place of Employment: __219 S.DEARBORN ST. CHGO.,ILL 60604__

B.    Defendant: __YET TO BE IDENTIFIED_____

Title: __HEAD SUPERVISOR OF THE ALCOHOL TOBACCO FIREARM__

Place of Employment: __A.T.F. OFFICE IN CHICAGO, ILLINOIS__

C.    Defendant: __MATTHEW McCROWL_____

Title: __ASSISTANT UNITED STATES ATTORNEY_____

Place of Employment: __219 S.DEARBORN ST. CHGO., ILL 60604__

(If you have more than three defendants, then all additional defendants must be listed
according to the above format on a separate sheet of paper.)

page   2   continued

D,   Defendant:___MATTHEW McCROWL_____

     Title:_____ASSISTANT UNITED STATES ATTORNEY_____

     Place of Employment:_____219 SOUTH DEARBORN ST. CHGO.,ILL 60605____

E.   Defendant:____BRIAN ELLIS_____

     Title:____ASSISTANT UNITED STATES ATTORNEY_____

     Place of Employment:_219 SOUTH DEARBORN ST., CHGO.,ILL 60605_____

F.   Defendant:____LORI LIGHTFOOT_____

     Title:_____ASSISTANT UNITED STATES ATTORNEY_____

     Place of Employment:___219 SOUTH DEARBORN ST. CHGO.,ILL 60605____

G.   Defendant:____THOMAS  MURPHY_____

     Title:_____SPECIAL AGENT_____

     Place of Employment:___ALCOHOL TOBACCO OFFICE IN CHICAGO, ILL_____

III.   **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.   Is there a grievance procedure available at your institution?

YES ( )   NO (X)   If there is no grievance procedure, skip to F.

B.   Have you filed a grievance concerning the facts in this complaint?

YES ( )   NO ( )   N/A

C.   If your answer is **YES**:

1.   What steps did you take?

_____N/A_____

_____

_____

2.   What was the result?

_____N/A_____

_____

_____

3.   If the grievance was not resolved to your satisfaction, did you appeal?

What was the result (if there was no procedure for appeal, so state.)

_____N/A_____

_____

_____

D.   If your answer is **NO**, explain why not:

_____N/A_____

_____

_____

E.    Is the grievance procedure now completed?   YES ( )   NO ( )

                                                        **N/A**

F.    If there is no grievance procedure in the institution, did you complain to authorities?   YES ( )   NO (XX)

G.    If your answer is **YES**:

    1.    What steps did you take?

                                **N/A**
    _____

    _____

    _____

    2.    What was the result?

                                  **N/A**
    _____

    _____

    _____

H.    If your answer is **NO**, explain why not:

                                **N/A**
    _____

    _____

    _____

    _____

IV.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.    Name of case and docket number: _____ N/A _____

B.    Approximate date of filing lawsuit: _____ N/A _____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: ____ N/A ____

D.    List all defendants: _____ N/A _____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

F.    Name of judge to whom case was assigned: _____ N/A _____

G.    Basic claim made: _____ N/A _____

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ N/A _____

H.    Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 4/01

## V.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe precisely how each defendant is involved.  Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

ON JULY 26,1999, UNDER THE AUTHORIZATION OF THE ALCOHOL TOBACCO FIREARM OFFICE OF CHICAGO, ILLINOIS SPECIAL AGENT THOMAS MURPHY WENT BEFORE UNITED STATES MAGISTRATE EDWARD BROBERICK WITH AN AFFIDAVIT IN A SUPPORT OF A SEARCH WARRANT LACKING PROBABLE CAUSE. THE INFORMATION PROVIDED IN THE AFFIDAVIT WAS UNCREDIBLE, UNRELIABLE, FALSE, STALE AND UNCORROBORATED. IN WHICH PERSUADED THE MAGISTRATE TO ISSUE A WARRANT FOR THE PREMISES OF 7630 S.PHILLIPS FIRST FLOOR APARTMENT CHICAGO ILLINOIS.

THE AFFIDAVIT DID NOT SUFFICIENTLY ESTABLISH THAT ANY CRIMINAL ACTIVITY HAD OCCURED AT THE TARGETED PREMISES, OR THAT ANY ILLEGAL DRUG CONTRABAND OR ANY OTHER WAS PRESENT ON THE TARGETED PREMISES THE DAY THE WARRANT WAS APPLIED FOR. THE WARRANT ON IT'S FACE WAS ABSENT AN ISSUANCE TIME AND WAS ONLY VALID TO BE EXECUTED IN THE DAYTIME HOURS BETWEEN 6 AM TO 12 PM UNDER THE AUTHORIZATION OF THE ISSUING MAGISTRATE. THE WARRANT FAILED TO NAME OR DESCRIBE ANYONE IN PARTICULAR TO BE ARRESTED PURSUANT TO THE SEARCH. ON JULY 26,1999 AT APPROXIMATELY 7:00 PM SPECIAL AGENT THOMAS MURPHY OF A.T.F. WITH OTHER LAW ENFORCEMENT EXECUTED THE SEARCH WARRANT WAY OUTSIDE THE SCOPE OF TIME AUTHORIZED. MYSELF (THE PLANTIFF) WAS NOT NAMED OR DESCRIBED BY THE WARRANT, BUT BEING THE ONLY ONE ARRESTED PURSANT TO THE SEARCH. WHEN I WAS NOT FOUND IN ACTUAL JOINT OR CONSTRUCTIVE

POSSESSION OR IN THE VINCINITY OF ~~WHERE THE CONTRABAND RECOVERED~~ WAS FOUND; WHEN THERE WAS FOUR OTHER PEOPLE PRESENT INCLUDING THE LEASE OWNER OF THE APARTMENT. ON JULY 27,1999 IN A CONFERENCE FOR A PLEA NEGOTIATION WITH ASSISTANT UNITED STATES ATTORNIES, UNDER THE AUTHORIZATION OF THE SELECTED UNITED STATES ATTORNEY FOR THE STATE OF ILLINOIS. A.U.S.A'S MATTHEW McCROWL, BRIAN ELLIS, LORI LIGHTFOOT AND LAW ENFORCEMENT OF THE C.P.D, A.T.F. WITH DEFENSE ATTORNIES OF MY BEHALF. LINDA AMDUR, JOHN KLUNK. I SIGNED A PROFFER AGREEMENT THAT ALLOWED ME TO CONFESS MY INVOLVEMENT IN A CRIMINAL MILEAU WITH GERALDO RIVERA, URIEL REYES, GUILERMO CASILLAS. IN WHICH I COULD NOT BE PROSECUTED WITH SUCH INFORMATION IN THE GOVERNMENTS CASE IN CHIEF AGAINST ME, UNLESS I GAVE TESTIMONY THAT WAS CONTRARY TO THE INFORMATION. ON NOVEMBER 3,1999 A.U.S.A LORI LIGHTFOOT ALONG WITH SPECIAL AGENT THOMAS MURPHY OF THE A.T.F. WENT BEFORE A GRAND JURY AND USED THE PRIVILEAGED (IMMUNIZED) TESTIMONY AND GAINED A FEDERAL INDICTMENT AGAINST MYSELF (PLANTIFF), URIEL REYES, GUILERMO CASILLAS, GERALDO RIVERA WITHOUT MY KNOWLEDGE OR AUTHORIZATION TO FORMULATE THE FOUNDATION OF THEIR CASE IN CHIEF AGAINST US ALL; MORE OVER IN OR ABOUT APRIL OF 2000 AUSA MATTHEW McCROWL,BRIAN ELLIS,LORI LIGHTFOOT IN THEIR CASE IN CHIEF AGAINST MYSELF FALSEFIED A LEGAL DOCUMENT TO PERSUADE UNITED STATES DISTRICT JUDGE HOLDERMAN TO RULE IN THEIR FAVOR IN SUPPORT OF AN ARGUMENT DENYING ME THE JUSTICE RELIEF I WAS SEEKING.FUTHERMORE IN OR ABOUT SEPTEMBER OF 2000 THE UNITED STATES ATTORNEY OFFICE OF NORTHERN DISTRICT,EASTERN DIVISION OF CHGO.,ILL RELEASED INFORMATION TO THE CHICAGO SUN TIMES THAT WAS PUBLISHED THAT

PAGE 7 CONTINUED

THREATENED THE WELL BEING OF MYSELF AND ALL THAT ARE RELATED TO ME.

DUE TO ALL THAT IS MENTIONED IN THIS COMPLAINT I AM

SERVING A "forty five year sentence"; BECAUSE OF THIS/THE VIOLATION
I HAVE AND AM SUFFERING.

## VI.   Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

I AM ASKING THE COURT TO GRANT ME MONETARY RELIEF FOR THE PHYSICAL
AND EMOTIONAL STRESS THAT I HAVE AND AM SUFFERING FROM THE DEFENDANTS
THAT THIS COMPLAINT IS FILED AGAINST.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information
and belief.  I understand that if this certification is not correct,
I may be subject to sanctions by the Court.

Signed this ___19th___ day of __Dec__ , 20 _03_

_(Signature of plaintiff or plaintiffs)_

Kevin Snulligan
(Print name)

10587-424
(I.D. Number)

U.S. Penitentiary
P.O. Box 1000
Leavenworth, KS  66048
(Address)