UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN SNULLIGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 03 C 9417 |
| v. ) | |
| ) | |
| SELECTOR ATTORNEY GENERAL YET ) | Judge Shadur |
| TO BE IDENTIFIED, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' RESPONSE TO COURT'S JANUARY 6, 2004, ORDER

Defendants Matthew Crowl, Brian Ellis, Lori Lightfoot (all former assistant U.S. attorneys), and ATF Special Agent Thomas Murphy (the only four identified defendants), by their undersigned attorney, respond to this court's January 6, 2004, Order as follows:

1. Defendants indeed do assert the applicable two-year statute of limitations in defense of plaintiff's claims. However, that defense may not be available for all of the claims, specifically, those claims that are otherwise barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), which prohibits "damages actions that necessarily require the plaintiff to prove the unlawfulness of his conviction or confinement." *Id.* at 486. The statute of limitations may not have begun to run on claims barred by *Heck*. It does appear that plaintiff's action is largely an attack on his conviction and sentence, which were affirmed by the court of appeals. *United States v. Snulligan*, 12 Fed. Appx. 375, 2001 WL 674620 (7th Cir.), *cert denied*, 534 U.S. 937 (2001). Plaintiff's (tardy) claim concerning post-conviction release of unspecified information to the news media is likely beyond the scope of *Heck*.



2. In any event, all of plaintiff's claims are subject to dismissal whether because of the statute of limitations or because of the *Heck* bar,.

3. To the extent that this response could be deemed a motion under Rule 12, Fed. R. Civ. P., defendants also assert the following defenses to avoid waiver under Rule 12(h): lack of personal jurisdiction, insufficiency of process, and insufficiency of service of process. Further, defendants do not waive any other defenses.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *Thomas Walsh*

THOMAS P. WALSH
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5312

2

AFFIDAVIT OF MAILING

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF COOK       )

MARY ANNE MARTIN being first duly sworn on oath deposes and says that she is employed in the Office of the United States Attorney for the Northern District of Illinois; that on the 15th day of January 2004, she placed a copy of DEFENDANTS' RESPONSE TO COURT'S JANUARY 6, 2004, ORDER in a postage prepaid envelope addressed to each of the following named individuals and caused each envelope to be deposited in the United States mail chute located in the Everett McKinley Dirksen Building, Chicago, Illinois on said date at the hour of 5:00 p.m.

Kevin Snulligan
10587-424
U. S. Penitentiary Leavenworth
P.O. Box 1000
Leavenworth, Kansas   66048

Mary Anne Martin

SUBSCRIBED AND SWORN TO before me this 15th day of January, 2004

Paula M. Gabriel
NOTARY PUBLIC

My Commission Expires: 1-17-2006

"OFFICIAL SEAL"
Paula M. Gabriel
Notary Public, State of Illinois
My Commission Exp. 01/17/2006