Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 9417 | **DATE** | 2/5/2004 |
| **CASE TITLE** | Kevin Snulligan vs. Selector Attorney General | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Snulligan's motion for leave to amend his motion for reconsideration is denied. (15-1)
(11) ■ [For further detail see order attached to the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | 2-6-04 | 17 |
| | Notified counsel by telephone. | date docketed | |
| | | docketing deputy initials | |
| | | 2/5/2004 | |
| | | date mailed notice | |
| | | SN | |
| | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KEVIN SNULLIGAN #10587-424, )
)
              Plaintiff, )
)
v. ) No. 03 C 9417
)
SELECTOR ATTORNEY GENERAL, etc., )
et. al., )
)
              Defendants. )

MEMORANDUM ORDER

After the issuance of no less than four orders by this Court during the month of January explaining in careful detail why the self-prepared Complaint filed by Kevin Snulligan ("Snulligan") could not be maintained as a viable Bivens action, Snulligan submitted a half-inch-thick motion for reconsideration. This Court's January 29 memorandum order "not only denies his present motion but also advises him that no further filings will be accepted without prior leave of this Court."

Now this Court has received still another Snulligan filing, this one seeking leave to amend his bulky motion for reconsideration (unfortunately, though it had been received in the Clerk's Office January 28--before this Court's January 29 order--it took a few days to be delivered to this Court's chambers because of docketing requirements). That motion too is denied, and because Snulligan must by now have received the January 29 order (as he had not when he prepared and submitted the most recent filing), this Court will repeat the January 29

message--NO MORE!

_____
Milton I. Shadur
Senior United States District Judge

Date: February 5, 2004